UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

| PURPOSE OF CONFERENCE: | CASE MANAGEMENT CONFERENCE | ( ) |
|---|---|---|
| TELEPHONE ( ) | PRETRIAL CONFERENCE | (✓) |
| ACTUAL (✓) | DISCOVERY | ( ) |
| | STATUS | ( ) |
| | SETTLEMENT | ( ) |
| | SCHEDULING | ( ) |

DATE & TIME: Friday, March 23, 2007 @ 1:30 p.m.

CASE NUMBER: 3:CR-06-215

CAPTION:   USA v. Montinex and Mazariegos

COUNSEL FOR GOVERNMENT:            Christy Fawcett, Esquire

COUNSEL FOR DEFENDANT               Deborah Albert-Heise, Esquire
FREDERICO A. MONTINEX:

COUNSEL FOR DEFENDANT               Ernest D. Preate, Jr., Esquire
RENE A. MAZARIEGOS:

**CONFERENCE RESULTS:**

♦   Government to file superseding indictment against one or both defendants;

♦   Montinex will be filing a motion to suppress lineup evidence;

♦   Preate and Fawcett discussing plea bargain more seriously, to include some possible form of cooperation.